**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

**IN RE:**

| | | |
|---|---|---|
| **NORMA GAIL STOWE BAKER** | ) | **Case No. 24-40002** |
| **SSN: XXX-XX-2203** | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |

## MOTION TO EXTEND AUTOMATIC STAY

NOW COMES the debtor in the above-captioned proceeding, by and through counsel, and respectfully requests entry of an order pursuant to 11 U.S.C. § 362(c)(3)(B) continuing and extending the automatic stay as to all creditors.  In support of this motion, the debtor shows unto the Court as follows:

1.      This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334.  This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2.      On January 17, 2024, the debtor filed a petition for relief under chapter 13 of the United States Bankruptcy Code.

3.      Within the twelve months prior to the petition date, a chapter 13 case previously filed by the debtor was pending, case number 21-40107 filed in this Court on June 14, 2021 and dismissed on November 27, 2023.

4.      Aside from the current case and the case described in paragraph 3 above, the debtor has had no other bankruptcy case pending in the prior twelve months.

5.      On the dismissal date of the debtor's prior case, no action under 11 § U.S.C. 362(d) was pending.

6.      The debtor filed the instant case in good faith. A substantial change in the financial and personal affairs of the debtor has occurred since the dismissal of the previous case. In addition to employment income the debtor now has additional income from Social Security benefits.   Another contributing factor to difficulty with the prior case was a string of health issues that the debtor dealt with.  The debtor has gotten through those health issues and hopes that any future ones will have minimal impact on her ability to perform under the chapter 13 plan.

7.      This case filing and the instant motion are not being made for the purposes of delay.

WHEREFORE, the debtor respectfully requests that the Court enter an Order:

1.      Continuing and extending the automatic stay under 11 U.S.C. §362(a) as to all creditors for the duration of this chapter 13 case, or until the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d);

2.      Granting the debtor's attorney a non-base fee of $350.00 and expenses of $42.00, to be paid in the chapter 13 plan; and

3.      Granting such other and further relief as the Court may deem necessary and proper.

Respectfully submitted this the 17th day of January 2024.


/s/ Caleb J. Farmer
Caleb J. Farmer, NC Bar #39668
FARMER & MORRIS LAW, PLLC
*Attorney for Debtor*
Post Office Box 632
Rutherfordton, North Carolina 28139-0632
Tel:    (828) 286-3866
Fax:    (828) 286-4820
Email:  cfarmer@farmerlegal.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

**IN RE:**

| | | |
|---|---|---|
| **NORMA GAIL STOWE BAKER** | ) | **Case No. 24-40002** |
| **SSN: XXX-XX-2203** | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that the above-named debtors have moved the Court to consider the attached motion and that said motion shall be considered by the Court on January 26, 2024, at 9:30 AM or as soon thereafter as counsel may be heard at the Cleveland County Courthouse, Courtroom Number 5, 100 Justice Place, Shelby, North Carolina.

NO FURTHER NOTICE OF THIS HEARING WILL BE GIVEN

This the 17th day of January 2024.

 /s/ Caleb J Farmer
Caleb J. Farmer, NC Bar #39668
FARMER & MORRIS LAW, PLLC
*Attorney for Debtor*
Post Office Box 632
Rutherfordton, North Carolina 28139-0632
Tel:    (828) 286-3866
Fax:    (828) 286-4820
Email: cfarmer@farmerlegal.com