

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 24–40002
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Norma Gail Stowe Baker
  aka Gail Stowe Baker, aka Gail Stowe, aka Norma
  Gail Stowe–Baker, fka Norma Gail Baker
290 Tripple H Ln
Lincolnton, NC 28092–7155
Social Security No.: xxx–xx–2203

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

        Form 106 – Individual Summary of Schedules
        Schedules A–J
        Declaration Concerning Schedules
        Statement of Financial Affairs
        Fee Disclosure Statement
        Fee Disclosure Statement (Local Form 3)
        Chapter 13 Plan (Local Form 4)
        Local Form 13
        Chapter 13 Statement of Income

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: January 18, 2024                                     Steven T. Salata
                                                            Clerk of Court

Electronically filed and signed (1/18/24)