UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

In re:

NORMA GAIL STOWE BAKER,

Debtor.

Case No.:      24-40002

Chapter 13

### BANKRUPTCY ADMINISTRATOR'S NOTICE OF
### DESIGNATION OF FACILITATOR

In response to the Order for Loan Modification Management entered in the above-captioned case, the Office of the Bankruptcy Administrator gives notice of the designation of A. Burton Shuford as the Facilitator. The Debtor is instructed to select A. Burton Shuford as the Facilitator when submitting the Initial LMM Package on the Portal.

Date:  June 10, 2024

/s/ Shelley K. Abel
Shelley K. Abel
U.S. Bankruptcy Administrator
401 W. Trade Street, Suite 2400
Charlotte, NC 28202
N.C. State Bar No. 34370
Tel: (704) 350-7587
Fax: (704) 350-7577
shelley_abel@ncwba.uscourts.gov

The undersigned certifies that the foregoing was served on those parties registered to receive notices for this case by means of the Electronic Filing System of the Bankruptcy Court on June 10, 2024.

/s/ Shelley K. Abel