**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                    Case No.  24-40002
Norma Gail Stowe Baker

                                                          Chapter 13
SSN# :  XXX-XX-2203

**MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN**

The undersigned Trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the Trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the Trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the Trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004. The information contained herein is deemed accurate as of the date referenced in the next sentence of this Motion, and subsequent amendments or alterations to filed proofs of claims after the date referenced in the sentence below are not reflected or altered by the relief requested in this Motion.

Claim information in motion is current as of 12/16/2024.

The plan as confirmed estimates the payment of a dividend to the general unsecured creditors of 100%.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Atrium Health | 23 | 3 | U-Unsecured | 80 | $2,683.30 | Pay by Trustee | 2203 | |
| Blue Cross Blue Shied of NC | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2408 | |
| Caleb Jefferson Farmer | 1 | | B-Base Attorney Fee(s) | 20 | $1,732.00 | $1,232.00 INSIDE / $500.00 OUTSIDE | | |
| Caleb Jefferson Farmer | 2 | | B-Base Attorney Fee(s) | 50 | $3,268.00 | Pay by Trustee | | |
| Caleb Jefferson Farmer | 22 | | L-Legal Fees | 50 | $392.00 | Pay by Trustee | 1/24 | 0.00 |
| Capital One | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2649 | |
| Capital One | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8661 | |
| Discover Bank | 14 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8841 | |
| Internal Revenue Service | 8 | 5 | A-Post Petition Tax Claim | 70 | $853.00 | Pay by Trustee | 2203 | |
| LINCOLN COUNTY TAX DEPARTMENT | 9 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| LVNV Funding, LLC | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3056 | |
| LVNV Funding, LLC | 16 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2102 | |
| NewRez LLC dba Shellpoint Mortgage Servicing | 4 | 4 | M-Mortgage | 30 | $78,380.76 | CONDUIT | 0623 | |
| NewRez LLC dba Shellpoint Mortgage Servicing | 5 | 4 | m-Mortgage Pre-Petition Arrears | 98 | $78,380.76 | PAY OUTSIDE | 0623 | |
| NewRez LLC dba Shellpoint Mortgage Servicing | 6 | 4 | q-Mortgage Admin Arrears | 50 | $1,445.25 | Pay by Trustee | 0623 | 0.00 |
| North Carolina Department of Revenue | 10 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| OneMain Financial | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7511 | |

Case No.  24-40002  Stowe Baker

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Portfolio Recovery Associates | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1517 | |
| Portfolio Recovery Associates | 19 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1142 | |
| Quantum3 Group LLC | 24 | 2 | U-Unsecured | 80 | $985.00 | Pay by Trustee | 5G42 | |
| Synchrony Bank | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0105 | |
| The Charlotte-Mecklenburg Hospital Auth | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | iple | |
| US Attorneys Office | 3 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Wells Fargo Bank (EFT) | 10,007 | 1 | U-Unsecured | 80 | $717.14 | Pay by Trustee | 4157 | |
| Wells Fargo Bank, NA | 7 | 1 | S-Secured-Pro-Rata | 50 | $12,950.00 | Pay by Trustee | 4157 | 10.50 |

Wherefore, the Trustee respectfully requests that the Court grant his motion and classify the claims for payment by the Trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 12/16/2024

Steven G. Tate
Chapter 13 Trustee
By:  A. Owens

Case No.  24-40002  Stowe Baker

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                             Case No.  24-40002
Norma Gail Stowe Baker
                                                                   Chapter 13
SSN# :  XXX-XX-2203

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion for Determination of Status of Claims in Confirmed Plan. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 2/20/2025, you or your attorney must do four things:

**1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at :**

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to  **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

**4. Please refer to the Trustee's claim number in any response you may file.**

If you file a response, then a hearing will be held at the following time and place:

Date:  2/28/2025                    Time:  9:30 AM

Location:     Cleveland County Courthouse
              Courtroom #5
              100 Justice Place
              Shelby, NC  28151

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 12/16/2024                              Steven G. Tate, Chapter 13 Trustee
                                               1318 D Davie Avenue
                                               Statesville, NC  28677-3565
                                               (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                                    Case No.  24-40002
Norma Gail Stowe Baker
                                                                          Chapter 13
SSN# :  XXX-XX-2203

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 12/16/2024.

                                                                          A. Owens
                                                                          Office of the Chapter 13 Trustee

Atrium Health, PO Box 1123, Minneapolis, MN 55440-1123

Blue Cross Blue Shied of NC, PO Box 2291, Durham, NC 27702-2291

Capital One, Attn: Bankruptcy Claims Servicer, PO Box 30281, Salt Lake City, UT 84130-0281

CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193

Discover Bank, PO Box 3025, New Albany, OH 43054-3025

Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

KOHLS, PO BOX 3043, MILWAUKEE, WI 53201-3043

LINCOLN COUNTY TAX DEPARTMENT, KEP KEPLEY TAX ADMIN, 100 E Main St, LINCOLNTON, NC 28092

LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

Medical Data Systems, 755 West NASA Blvd, Melbourne, FL 32901-1815

Midland Credit Management Inc, PO Box 2037, Warren, MI 48090

NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0675

Norma Gail Stowe Baker, 290 Tripple H Ln, Lincolnton, NC 28092-7155

North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168

OneMain Financial, PO Box 3251, Evansville, IN 47731-3251

PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA 23541

Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067

Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083

Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083

STERN RECOVERY SERVICES INC, PO BOX 14899, GREENSBORO, NC 27415

Synchrony Bank, ATTN:  Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060

The Charlotte-Mecklenburg Hospital Auth, PO Box 71108, Charlotte, NC 28272-1108

US Attorneys Office, 100 Otis St Room 233, Asheville, NC 28801

Wells Fargo Auto, MAC D0202-030, PO Box 33068, Raleigh, NC 27636-3068

Wells Fargo Bank NA, dba Wells Fargo Auto, PO Box 169005, Irving, TX 75016

Wells Fargo Bank, NA, dba Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900

Total Served: 27