**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                          Case No.  24-40002
Norma Gail Stowe Baker

                                                                 Chapter 13

SSN# : XXX-XX-2203

**MOTION OF TRUSTEE TO DISMISS OR MODIFY PLAN**

The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss or modify the case due to the following reason(s):

1.   Debtor's plan payment is currently $1,150 per month. Debtor is delinquent one plan payment.

2.   The Order Granting Motion for Loan Modification Management (Docket Entry #26) was entered on June 10, 2024 (hereinafter "LMM Order").

3.   Upon information and belief, the parties have not pursued a loan modification pursuant to the terms of the LMM Order.

4.   The mortgage proof of claim (Clerk Claim #4, Trustee Claims #4, 5, 6) indicates that the total debt due is equal to the pre-petition arrearages, in the amount of $78,380.76.

5.   The Trustee has disbursed monies per the LMM Order as follows: $3,598.15 on the conduit claim (Trustee Claim #4) and $97.31 on the administrative arrearage claim (Trustee Claim #6), for a total of $3,695.46.

6.   The Trustee does not know if these disbursed amounts were applied by the creditor to the principal balance owed, but the Trustee estimates that the remaining balance on the claim is approximately $75,000.

7.   If this claim is in fact due in full as pre-petition arrearages, to be paid over the life of the plan, and if such claim is added to the plan to pay in full the pre-petition arrearages of approximately $75,000, then the plan payment needs to increase to cover such claim.

8.   If the approximately $75,000 claim is paid at 0% interest, then the plan payment needs to increase by the following amounts, depending on the percentage to be paid on allowed unsecured claims:

     a.   If 100% shall be paid on allowed unsecured claims, as the case is currently noticed, then the plan payment needs to increase to $2,075 starting in February 2025, and extend the term to 60 months, which would require 49 more payments of $2,075.
     b.   If the plan is modified to pay 1% on allowed unsecured claims, then the plan payment needs to increase to $1,980 starting in February 2025, and extend the term to 60 months, which would require 49 more payments of $1,980.

9.   The Trustee does not believe that the increased plan payment in either scenario above is feasible.

The Trustee recommends that the plan be modified as follows:

**The plan payment should be modified per the terms outlined above, or in the alternative, the case should be dismissed.**

A hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to dismiss or modify the case, allowing also for a fee to the debtor 's attorney for representation at the hearing, or granting any such relief which the Court determines to be necessary and appropriate.

Dated:  1/30/2025                                              Steven G. Tate
                                                                Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                    Case No.  24-40002
Norma Gail Stowe Baker

Chapter 13

SSN# :  XXX-XX-2203

**NOTICE OF HEARING**

The Chapter 13 Trustee has filed papers in the bankruptcy case for the debtor named above, and will bring before the Court a hearing on the Motion to Dismiss or Modify Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

1. If you **DO NOT** want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views, then by 2/20/2025, you or your attorney must file with the Court a written response at the following address:

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

2. If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

3. On or before the date stated above for written responses, you must also serve a copy of your response on any other party required to be served by law.

A hearing will be held at the following time and place:

Date:  2/28/2025                          Time:  9:30 AM

Location:        Cleveland County Courthouse
                 Courtroom #5
                 100 Justice Place
                 Shelby, NC 28151

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought  and may enter an order granting that relief.

Dated:  1/30/2025                                    Steven G. Tate, Chapter 13 Trustee
                                                     1318 D Davie Avenue
                                                     Statesville, NC  28677-3565
                                                     (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                         Case No.  24-40002
Norma Gail Stowe Baker

                                                               Chapter 13

SSN# :  XXX-XX-2203

**CERTIFICATE OF SERVICE**

Registered users of CM/ECF were served electronically and the undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 1/30/2025.

                                                    D. Crowder
                                                    Office of the Chapter 13 Trustee

Atrium Health, PO Box 1123, Minneapolis, MN 55440-1123
Blue Cross Blue Shied of NC, PO Box 2291, Durham, NC 27702-2291
Capital One, Attn: Bankruptcy Claims Servicer, PO Box 30281, Salt Lake City, UT 84130-0281
CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193
Discover Bank, PO Box 3025, New Albany, OH 43054-3025
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
KOHLS, PO BOX 3043, MILWAUKEE, WI 53201-3043
LINCOLN COUNTY TAX DEPARTMENT, KEP KEPLEY TAX ADMIN, 100 E Main St, LINCOLNTON, NC 28092
LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
Medical Data Systems, 755 West NASA Blvd, Melbourne, FL 32901-1815
Midland Credit Management Inc, PO Box 2037, Warren, MI 48090
NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0675
Norma Gail Stowe Baker, 290 Tripple H Ln, Lincolnton, NC 28092-7155
North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168
OneMain Financial, PO Box 3251, Evansville, IN 47731-3251
PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA 23541
Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067
Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083
Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083
STERN RECOVERY SERVICES INC, PO BOX 14899, GREENSBORO, NC 27415
Synchrony Bank, ATTN:  Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060
The Charlotte-Mecklenburg Hospital Auth, PO Box 71108, Charlotte, NC 28272-1108
US Attorneys Office, 100 Otis St Room 233, Asheville, NC 28801
Wells Fargo Auto, MAC D0202-030, PO Box 33068, Raleigh, NC 27636-3068
Wells Fargo Bank NA, dba Wells Fargo Auto, PO Box 169005, Irving, TX 75016
Wells Fargo Bank, NA, dba Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900

Total Served:  27