**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

**IN RE:**

| | | |
|---|---|---|
| **NORMA GAIL STOWE BAKER** | ) | **Case No. 24-40002** |
| **SSN: XXX-XX-2203** | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |

**RESPONSE TO MOTION OF TRUSTEE TO DISMISS OR MODIFY PLAN**

NOW COMES the debtor in the above-captioned proceeding, by and through counsel, and responds to the Chapter 13 Trustee's motion to dismiss or modify plan filed on January 30, 2025 [Doc 29]:

1.      The debtor has experienced a substantial and unanticipated change in circumstances since confirmation of the chapter 13 plan.  The debtor's adult daughter passed away in late 2024 and the debtor's two adult grandsons now reside with her.  Her grandsons have begun regular financial contributions to the debtor's household.

2.      The Trustee has recommended dismissal of the case or modification of the plan payments to $2,075 starting in February 2025 for a 100% dividend to allowed unsecured claims.

3.      The debtor believes this higher plan payment amount is feasible due to the contributions from her grandsons.  Amended Schedule I and J have been filed to reflect updated current income and expenses.

WHEREFORE, the debtor respectfully requests that the Court modify the plan payments to $2,075 month starting in February 2025.

This the 12th day of February 2025.

/s/ Caleb J. Farmer
Caleb J. Farmer, NC Bar #39668
FARMER & MORRIS LAW, PLLC
*Attorney for Debtor*
Post Office Box 632
Rutherfordton, North Carolina 28139-0632
Tel:    (828) 286-3866
Fax:    (828) 286-4820
Email:  cfarmer@farmerlegal.com