**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

IN RE:                                                          Case No.  24-40002
Norma Gail Stowe Baker
                                                                Chapter 13
SSN# :  XXX-XX-2203

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 25 | 6 | Educational Credit Management Corporation | 7192 | $2,105.68 | $0.00 | U-Unsecured |

The proof of claim as filed by the creditor does not appear to be a valid legal obligation of the debtor.  The claim should be stricken.

The Trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan.  It may not be determinative of the status of affected lien(s) upon discharge.

Dated:  2/21/2025                                              Steven G. Tate
                                                               Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                  Case No.  24-40002
Norma Gail Stowe Baker

                                                                        Chapter 13
SSN# :  XXX-XX-2203

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Objection to Claim.  A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 4/17/2025, you or your attorney must do three things:

**1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

>       CLERK, U.S. BANKRUPTCY COURT
>       401 W Trade St, Suite 2500
>       Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date:  4/25/2025                          Time:  9:30 AM

Location:       Cleveland County Courthouse
                Courtroom #5
                100 Justice Place
                Shelby , NC 28151

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 2/21/2025                                            Steven G. Tate, Chapter 13 Trustee
                                                           1318 D Davie Avenue
                                                           Statesville, NC  28677-3565
                                                           (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                Case No.  24-40002
Norma Gail Stowe Baker
                                                                      Chapter 13
SSN# :  XXX-XX-2203

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 2/21/2025.

                                                                      A. Owens
                                                                      Office of the Chapter 13 Trustee

Educational Credit Management Corp, PO Box 16408, Saint Paul, MN 55116-0408
Educational Credit Management Corporation, Lockbox 8682, PO Box 16478, Saint Paul, MN 55116-0408
Norma Gail Stowe Baker, 290 Tripple H Ln, Lincolnton, NC 28092-7155

Total Served:  3