

FILED & JUDGMENT ENTERED

Christine F. Winchester

March  5  2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                          Case No.  24-40002
Norma Gail Stowe Baker

                                                                                Chapter 13
SSN#: XXX-XX-2203

                                                                                Related Docket #:  28

**ORDER GRANTING MOTION OF TRUSTEE FOR DETERMINATION OF STATUS**
**OF CLAIMS IN CONFIRMED PLAN**

This matter came before the Court upon the motion of the Trustee in the above-referenced Chapter 13 case for determination of the status of all claims in the case for the purpose of providing for their payment in the debtor 's confirmed plan. After timely notice of the Trustee's motion to all parties in interest and an opportunity for hearing, the Court now finds and concludes that the motion is appropriate and should be granted at this time.

Based upon the foregoing, **IT IS HEREBY ORDERED** that the Trustee's motion is **GRANTED** and that all claims shall be provided for payment in the debtor's confirmed plan as set forth in the Trustee's Motion filed on 12/16/2024.

This Order has been signed electronically,                    Ashley Austin Edwards
pursuant to administrative order of the Court.               UNITED STATES BANKRUPTCY JUDGE
Effective as of date of entry.

{:20250304154017:}