

FILED & JUDGMENT ENTERED

Christine F. Winchester

March  13  2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
Ashley Austin Edwards
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

IN RE:
Norma Gail Stowe Baker

SSN#: XXX-XX-2203

Case No.  24-40002

Chapter 13

Related Docket #:  29, 30

### ORDER

ON 2/28/2025,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ **X** ]  The basis of the Motion to Dismiss or Modify Plan is that the plan payment needs to increase to cover the mortgage claim.

**IT IS, THEREFORE, ORDERED** that:

[ **X** ]  Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

[ **X** ]  The Motion to Dismiss is DENIED. Plan payments shall resume at the modified amount of $2,015 beginning in March 2025 for an estimated 1% payout on allowed filed claims.

[ **X** ]  The Trustee is relieved of the duty of filing the Motion to Deem Mortgage Current at the end of the case.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT

{:20250311165120:}