

FILED & JUDGMENT ENTERED

Christine F. Winchester

April  28  2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
Norma Gail Stowe Baker

SSN#: XXX-XX-2203

Case No.  24-40002

Chapter 13

Related Docket #:  32

**ORDER**

ON 4/25/2025, AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON:

Trustee's Objection to the claim of  Educational Credit Management Corporation in the amount of $2,105.68  (Trustee Claim #25, Court Claim #6)

**AND, THIS COURT FINDS** that:

  [ X ] The proof of claim filed by the creditor does not evidence a legal obligation of the debtor to the creditor.

**IT IS, THEREFORE, ORDERED** that:

  [ X ] The objection to the proof of claim is sustained; the claim is stricken.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Ashley Austin Edwards
UNITED STATES BANKRUPTCY JUDGE

{:20250428073604:}