**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                    Case No.  24-40002
Norma Gail Stowe Baker

                                                                         Chapter 13
SSN# :  XXX-XX-2203

### NOTICE OF SUSPENSION OF DISBURSEMENT ON CLAIM

Notice is hereby given that pursuant to the General Provisions Section 3 of the Chapter 13 Plan and the Order Confirming Plan previously entered in the above-referenced Chapter 13 case, the Trustee's office will suspend further disbursements on account of the following proof of claim.

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 25 | 6 | Educational Credit Management Corporation | 7192 | $2,105.68 | $0.00 | U-Unsecured |

**Per court order sustaining Objection to Claim.**

The above mentioned **order** or **letter** is dated **4/28/2025**.

As the basis for his action, the Trustee is informed and believes that the property securing such claim has been removed from the protection of the Section 362 automatic stay by judicial action, voluntary surrender, or through operation of the confirmed plan.

Notice is further given that any party in interest who desires to object or otherwise respond to the Trustee 's action shall serve such objection or other response in writing by 5/20/2025 on the Trustee at:

Steven G. Tate
Chapter 13 Trustee
1318 D Davie Avenue
Statesville, NC  28677-3565

If any responses and/or objections are served, the Trustee will bring the matter before the Court for the consideration of such action as it deems appropriate.

Dated:  4/29/2025                                    Steven G. Tate, Chapter 13 Trustee
                                                        1318 D Davie Avenue
                                                        Statesville, NC  28677-3565
                                                        (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                          Case No.  24-40002
Norma Gail Stowe Baker
                                                               Chapter 13
SSN# :  XXX-XX-2203

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of Suspension of Disbursement of Claim has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 4/29/2025.

A. Owens
Office of the Chapter 13 Trustee

Educational Credit Management Corp, PO Box 16408, Saint Paul, MN  55116-0408
Educational Credit Management Corporation, Lockbox 8682, PO Box 16478, Saint Paul, MN  55116-0408
Norma Gail Stowe Baker, 290 Tripple H Ln, Lincolnton, NC  28092-7155

Total Served:  3