**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO. 24-40002** |
| **NORMA GAIL STOWE BAKER** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2015 CHEVROLET TRUCK EQUINOX, VIN: 1GNALBEK1FZ135128 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*4157**

NOW COMES Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
ncbkr@brockandscott.com

Wells Fargo Auto (Indirect)
P.O. Box 130000
Raleigh, North Carolina 27605

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may

26-12167 BKMFR01

 

be taken in the instant case or any associated case or proceeding involving the above-named

Creditor.

RESPECTFULLY SUBMITTED,


/s/ *Andrew W. Hogan*
_____
Andrew W. Hogan, NC Bar No. 41318
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NCBKR@brockandscott.com

26-12167 BKMFR01