**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Shelby Division**

IN RE:
Norma Gail Stowe Baker (DECEASED)

SSN#: XXX-XX-2203

Case No.  24-40002

Chapter 13

Related Docket #:  42

### NOTICE OF CONTINUED HEARING

ON 6/15/2026,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**IT IS, THEREFORE, NOTICED** that:

   [ **X** ] Hearing is continued to **6/26/2026** at **9:30 AM** at the **Cleveland County Courthouse, Courtroom #5, 100 Justice Place, Shelby, NC 28151.**

Dated:  6/15/2026

Steven G. Tate, Chapter 13 Trustee
1318 D Davie Avenue
Statesville, NC  28677-3565
(704) 872-0068 | general@ch13sta.com

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 6/16/2026.

A. Hamby
Office of the Chapter 13 Trustee

Norma Gail Stowe Baker (DECEASED), 290 Tripple H Ln, Lincolnton, NC 28092-7155
Total Served: 1