

FILED & JUDGMENT ENTERED

Christine F. Ramsey

July  2  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



Ashley Austin Edwards
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:
Norma Gail Stowe Baker (DECEASED)

SSN#: XXX-XX-2203

Case No.  24-40002

Chapter 13

Related Docket #:  42

**ORDER**

ON 6/26/2026,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ **X** ] Plan payments are in substantial default.

**IT IS, THEREFORE, ORDERED** that:

[ **X** ] Case is hereby dismissed.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT

{:20260630094155:}